LINK: JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 12-00696-GAF (DTBx) | Date | April 25, 2012 |
|---|---|---|---|
| Title | Jim Figger v. Alternative Recovery Management et al | | |

| Present: The Honorable | **GARY ALLEN FEESS, United States District Judge** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** (In Chambers)

A Notice of Settlement was filed on March 12, 2012. (Docket #[4]

On March 21, 2012, the Court issued a Minute Order ordering the parties to file a Stipulation and Proposed Order Dismissing the action on or before April 20, 2012 or, in the alternative a Joint Status Report.

The Order specifically warned Plaintiff that the Court could dismiss this action if good cause was not shown for any extension of time and no dismissal was filed.

To date, however, no dismissal and/or status report has been filed with this Court. Accordingly, the Court hereby dismisses the action without prejudice for failure to respond to the Court's Order.

IT IS SO ORDERED.

|   |   : |
|---|---|
| Initials of Preparer | rf |